FROM:

Herischi + Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814



CERTIFIED MAIL

7021 0350 0002 3128 3061

RETURN RECEIPT REQUESTED

TO:

U.S. Department of State
CA/OCS/L, SA-17, 10th floor
Washington, D.C. 20522-1710
Attn: FSIA



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only    Label 107R, July 2013

Utility Mailer
10 1/2" x 16"



ReadyPost

**USPS Priority Mail Utility Mailer with Certified Mail Return Receipt**

Return receipt (PS Form 3811) addressed to:

> U.S. Dept of State
> CA/OCS/L, SA-17, 10th Floor
> Washington D.C. 20522-1710
> Attn: FOIA

Case reference handwritten: 20CV3043TSC

Article Number: 7021 0350 0002 3128 3061
Tracking: 9590 9402 4908 9032 9559 98

Postmark: Washington Station, SEP -7 2021



**UNITED STATES POSTAL SERVICE.**

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210-0002
(800)275-8777

09/08/2021                                11:29 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.49 | $1.49 |
| Chrysanthemum | 14 | $1.30 | $18.20 |
| Garden Corsage | 1 | $0.78 | $0.78 |
| Prepaid Mail | 1 | | $0.00 |

Parcel Return Service, DC 56950
Weight: 5 lb 11.90 oz
Acceptance Date:
  Wed 09/08/2021
Tracking #:
  9202 3963 4350 9327 4477 58

| Clrtape 1.88x800 | 1 | $3.99 | $3.99 |

Grand Total:                              $24.46

Credit Card Remitted                      $24.46
  Card Name: AMEX
  Account #: XXXXXXXXXXX1001
  Approval #: 842190
  Transaction #: 168
  AID: A000000025010801               Chip
  AL: AMERICAN EXPRESS
  PIN: Not Required

*******************************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
  COVID-19. We appreciate your patience.
*******************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
  purchases of Priority Mail labels
  with the USPS Loyalty program by
  using Click and Ship. Visit
  www.usps.com/smallbizloyalty
       for more info.

United States Postal Service
   NOW HIRING NATIONWIDE
Career Path Positions with Benefits
      Apply online at
      www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 105014-0216
Receipt #: 840-52000467-1-3500569-1
Clerk: 16



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Sent To: U.S. Dept of State, Ali, FSIA
CA/OSS/L/M, SA-17, 10th floor
Washington DC 20522-1710

7021 0350 0000 3128 3067