Default - Rule 55A                                                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

JOHN DOE, 1 et al

           Plaintiff(s)

v.

ISLAMIC REPUBLIC OF IRAN et al

           Defendant(s)

Civil Action: 20-cv-03043-TSC

RE: ISLAMIC REPUBLIC OF IRAN
ISLAMIC REVOLUTIONARY GUARD CORPS
SEYED ALI HOSSEINI KHAMENEI
HOSSEIN SALAMI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 06/15/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of September, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Jiselle Manohar
       Deputy Clerk